# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Ray, J. Thomas | 2. Court or Organization<br><br>U. S. District Court - ED AR | 3. Date of Report<br><br>07/20/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. Magis. Judge - Full Time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>1/1/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

Richard Sheppard Arnold United States Courthouse
500 West Capitol, Room D 144
Little Rock, AR 72201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Rollover IRA |
| 2. Trustee | IRA #1 |
| 3. Trustee | IRA #2 |
| 4. Trustee | Trust #1 |
| 5. Trustee | Trust #2 |
| 6. Trustee | Trust #3 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 07/20/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Abbvie C.S. | A | Dividend | K | T | Buy | 01/13/16 | K | | |
| 2. Acadia C.S. | | None | J | T | Buy | 10/14/16 | J | | |
| 3. Agios C.S. | | None | | | Sold | 04/11/16 | J | B | |
| 4. Alexion C.S. | | None | | | Sold | 04/11/16 | K | B | |
| 5. Allergan C.S. | C | Dividend | N | T | Buy | 05/05/16 | N | | |
| 6. Amgen | B | Dividend | L | T | Buy | 11/01/16 | L | | |
| 7. Bank of America C.S. | A | Dividend | L | T | | | | | |
| 8. Barrick Gold C.S. | A | Dividend | | | Sold | 03/07/16 | K | | |
| 9. Berkshire Hathaway (B) C.S. | | None | M | T | | | | | |
| 10. Biogen C.S. | | None | L | T | | | | | |
| 11. BP PLC ADR | B | Dividend | | | Sold | 12/16/16 | K | | |
| 12. Bristol Meyers C.S. | A | Dividend | K | T | | | | | |
| 13. Celgene C.S. | | None | M | T | Buy (add'l) | 06/27/16 | L | | |
| 14. Cenovus Energy Inc. C.S. | B | Dividend | | | Sold | 12/30/16 | K | | |
| 15. Chevron C.S. | D | Dividend | M | T | | | | | |
| 16. Cisco C.S. | A | Dividend | | | Sold | 08/18/16 | K | D | |
| 17. Corning C.S. | A | Dividend | | | Sold | 01/05/16 | K | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Conoco Phillips C.S. | C | Dividend | M | T | | | | | |
| 19. Dow Chemical Co. C.S. | A | Dividend | | | Sold | 06/06/16 | J | D | |
| 20. Eli Lilly C.S. | D | Dividend | N | T | Sold (part) | 05/09/16 | L | E | |
| 21. Encana Corp. C.S. | A | Dividend | K | T | Sold (part) | 12/19/16 | J | | |
| 22. Enterprise Products C.S. | B | Dividend | K | T | Buy | 02/11/16 | K | | |
| 23. Exxon Mobil Corp. C.S. | D | Dividend | N | T | | | | | |
| 24. Fairfax Financial Hldgs C.S. | B | Dividend | | | Sold | 08/10/16 | N | F | |
| 25. Freeport McMorran C.S. | | None | J | T | | | | | |
| 26. Gilead, C.S. | D | Dividend | M | T | Buy (add'l) | 10/07/16 | M | | |
| 27. HP Inc., C.S. | A | Dividend | | | Sold | 01/05/16 | K | D | |
| 28. Hewlett Packard ENTE, C.S. | | None | | | Sold | 01/05/16 | K | D | |
| 29. Intel C.S. | B | Dividend | L | T | | | | | |
| 30. J P Morgan Chase C.S. | B | Dividend | L | T | | | | | |
| 31. Johnson & Johnson C.S. | D | Dividend | N | T | | | | | |
| 32. Lexmark Intl Inc. C.S. | A | Dividend | | | Sold | 01/05/16 | K | D | |
| 33. Medivation Inc., C.S. | | None | | | Sold | 04/11/16 | K | C | |
| 34. Merck & Co. Inc. C.S. | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 07/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. National Oilwell Varco C.S. | | None | | | Sold | 05/03/16 | K | | |
| 36. Newmont Mining C.S. | A | Dividend | | | Sold | 02/08/16 | L | | |
| 37. Peabody Energy Corp. C.S. | | None | | | Sold | 01/05/16 | J | | |
| 38. Permian Basin Trust C.S. | B | Dividend | J | T | | | | | |
| 39. Pfizer Inc. C.S. | C | Dividend | L | T | | | | | |
| 40. Phillips 66 C.S. | C | Dividend | M | T | | | | | |
| 41. Philllips 66 Partners C.S. | B | Dividend | K | T | Buy | 10/31/16 | K | | |
| 42. Precision Drilling C.S. | | None | | | Sold | 10/28/16 | J | | |
| 43. Rio Tinto ADR | A | Dividend | | | Sold | 04/14/16 | J | | |
| 44. Roche ADR | A | Dividend | K | T | Buy (add'l) | 10/21/16 | K | | |
| 45. Regeneron Inc. | | None | M | T | Buy | 11/01/16 | M | | |
| 46. Sanofi Aventis C.S. | C | Dividend | L | T | | | | | |
| 47. Seacor Holdings C.S. | | None | | | Sold | 06/15/16 | K | | |
| 48. Seattle Genetics, Inc. C.S. | | None | K | T | Buy | 02/05/16 | K | | |
| 49. Stryker Corp. C.S. | A | Dividend | K | T | | | | | |
| 50. Teck Resources C.S. | | None | | | Sold | 04/21/16 | J | | |
| 51. Tejon Ranch Co. C.S. | | None | | | Sold | 02/05/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 07/20/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐　　NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Tsakos C.S. | B | Dividend | | | Sold | 12/07/16 | K | A | |
| 53. Vale ADR | A | Dividend | | | Sold | 01/05/16 | J | | |
| 54. Valero Energy C.S. | D | Dividend | M | T | | | | | |
| 55. Wells Fargo C.S. | B | Dividend | L | T | | | | | |
| 56. Weyerhauser Co C.S. | A | Dividend | | | Sold | 01/05/16 | J | B | |
| 57. UCA Rev. Bond | A | Interest | | | Redeemed | 05/01/16 | K | A | |
| 58. Charles Schwab Money Market (Cash Equivalents) | A | Interest | L | T | | | | | |
| 59. | | | | | | | | | |
| 60. ORI/Acadia & Ver. Par., LA; McGowan Inc.; Zachry Exploration | F | Royalty | N | W | | | | | |
| 61. ORI/Regan County, TX/Pioneer Natural Resources | A | Royalty | L | W | | | | | |
| 62. W/I; Acadia & Vermillion Par., LA; McGowan Inc. | E | Royalty | N | W | | | | | |
| 63. ORI/Acadia Par., LA; Zachry Eploraton (X) | D | Royalty | N | W | | | | | |
| 64. Rental Property (Pulaski County, AR) | C | Rent | N | W | | | | | |
| 65. | | | | | | | | | |
| 66. Rollover IRA (H) | | | | | | | | | |
| 67. Charles Schwab Money Market (Cash Equivalents) | A | Interest | K | T | | | | | |
| 68. - Acadia Pharmaceuticals C.S. | | None | K | T | Buy | 10/27/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Agios C.S. | | None | | | Sold | 04/11/16 | K | B | |
| 70. Allergan C.S. | C | Dividend | N | T | Buy | 05/06/16 | N | | |
| 71. - Amgen C.S. | C | Dividend | M | T | | | | | |
| 72. - Bank of America. C.S. | A | Dividend | K | T | | | | | |
| 73. - Barrick Gold Corp. C.S. | A | Dividend | | | Sold | 03/07/16 | K | | |
| 74. - Berkshire Hathaway (B) C.S. | | None | M | T | | | | | |
| 75. - Biogen C.S. | | None | L | T | | | | | |
| 76. - BP ADR | B | Dividend | | | Sold | 06/17/16 | K | | |
| 77. - Celgene C.S. | | None | M | T | Sold (part) | 04/12/16 | L | E | |
| 78. - Chevron C.S. | B | Dividend | L | T | Sold (part) | 08/10/16 | L | C | |
| 79. - Conoco Phillips C.S. | B | Dividend | L | T | | | | | |
| 80. - Encana Corp C.S. | A | Dividend | | | Sold | 09/01/16 | K | | |
| 81. - Exxon C.S. | C | Dividend | L | T | | | | | |
| 82. - Freeport McMoran C.S. | | None | | | Sold | 02/23/16 | K | | |
| 83. - General Electric Co. C.S. | A | Dividend | | | Sold | 03/09/16 | K | B | |
| 84. - Gilead Sciences Inc. C.S. | C | Dividend | M | T | | | | | |
| 85. - J.P. Morgan C.S. | B | Dividend | K | T | Sold (part) | 05/12/16 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 07/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Johnson & Johnson C.S. | C | Dividend | M | T | | | | | |
| 87. - Kinder Morgan Inc. C.S. | A | Dividend | K | T | | | | | |
| 88. - Merck & Co. Inc. C.S. | B | Dividend | L | T | | | | | |
| 89. - Medivation C.S. | | None | | | Sold | 08/22/16 | L | E | |
| 90. - Pfizer Inc. C.S. | D | Dividend | M | T | | | | | |
| 91. - Phillips 66 C.S. | B | Dividend | K | T | | | | | |
| 92. - Phillips 66 Partners L.P. | A | Dividend | K | T | Buy | 03/10/16 | K | | |
| 93. - Regeneron C.S. | | None | L | T | Buy | 11/01/16 | L | | |
| 94. - Roche Hldg ADR | B | Dividend | K | T | | | | | |
| 95. - Sanofi Aventis C.S. | B | Dividend | K | T | | | | | |
| 96. - Schlumberger C.S. | A | Dividend | | | Sold | 04/19/16 | L | C | |
| 97. - Stemline Therapeutics C.S. | | None | K | T | | | | | |
| 98. - Transocean Inc. C.S. | | None | | | Sold | 06/16/16 | J | | |
| 99. - Wells Fargo & Co. C.S. | A | Dividend | | | Sold | 10/14/16 | K | E | |
| 100. - Whiting Petroleum C.S. | | None | J | T | Buy | 02/23/16 | J | | |
| 101. | | | | | | | | | |
| 102. IRA #1 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 07/20/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Abbvie C.S. | A | Dividend | J | T | Buy | 01/13/16 | J | | |
| 104. - Agios C.S. | | | | | Sold | 04/11/16 | J | A | |
| 105. - Acadia Pharm. C.S. | | None | J | T | Buy | 10/14/16 | J | | |
| 106. - Allergan C.S. | A | Dividend | K | T | Buy | 05/04/16 | K | | |
| 107. - Amgen Inc. C.S. | A | Dividend | K | T | | | | | |
| 108. - Bank of America C.S. | A | Dividend | | | Sold | 01/06/16 | J | A | |
| 109. - Barrick Gold Corp. C.S. | A | Dividend | | | Sold | 01/07/16 | J | | |
| 110. - Berkshire Hathaway (B) C.S. | | None | K | T | | | | | |
| 111. - BP PLC C.S. | A | Dividend | | | Sold | 06/17/16 | J | | |
| 112. - Celgene C.S. | | None | K | T | | | | | |
| 113. - Conoco C.S. | A | Dividend | J | T | | | | | |
| 114. - Dow Chemical Co C.S. | A | Dividend | | | Sold | 06/06/16 | J | B | |
| 115. - Exxon Mobil C.S. | A | Dividend | J | T | | | | | |
| 116. - Freeport McMoran | | None | J | T | | | | | |
| 117. - Gilead Sciences Inc. C.S. | A | Dividend | K | T | | | | | |
| 118. - Johnson & Johnson C.S. | A | Dividend | K | T | | | | | |
| 119. - J.P. Morgan Chase C.S. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 07/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Merck C.S. | A | Dividend | K | T | | | | | |
| 121. - Phillips 66 C.S. | A | Dividend | J | T | | | | | |
| 122. - Pfizer C.S. | A | Dividend | K | T | | | | | |
| 123. - Stemline Therapeutics C.S. | | None | J | T | | | | | |
| 124. - Transocean Inc. C.S. | | None | | | Sold | 01/07/16 | J | | |
| 125. - Whiting Petroleum | | None | | | Sold | 06/15/16 | J | A | |
| 126. - Charles Schwab Money Market (Cash Equivalents) | A | Interest | J | T | | | | | |
| 127. | | | | | | | | | |
| 128. Inherited IRA (H) | | | | | | | | | |
| 129. - AbbVie Inc. C.S. | A | Dividend | J | T | | | | | |
| 130. - Acadia Pharm. C.S. | | None | J | T | Buy | 10/14/16 | J | | |
| 131. - Agios C.S. | | None | J | T | | | | | |
| 132. - Allergan C.S. | | None | K | T | | | | | |
| 133. - Alexion C.S. | | None | | | Sold | 04/11/16 | J | A | |
| 134. - Berkshire Hathaway C.S. | | None | K | T | | | | | |
| 135. - Biogen Inc. C.S. | | None | K | T | | | | | |
| 136. - Celgene C.S. | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 07/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Chevron C.S. | A | Dividend | J | T | | | | | |
| 138. - Coca Cola C.S. | A | Dividend | | | Sold | 01/07/16 | J | A | |
| 139. - Conoco Phillips C.S. | A | Dividend | J | T | | | | | |
| 140. - Diageo PLC ADR | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 141. - Gilead Science Inc. C.S. | A | Dividend | K | T | | | | | |
| 142. - Honeywell Inc. C.S. | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 143. - Johson & Johnson C.S. | A | Dividend | J | T | | | | | |
| 144. - Medivation Inc. C.S. | | None | | | Sold | 08/22/16 | J | C | |
| 145. - Merck C.S. | A | Dividend | J | T | | | | | |
| 146. - Mondelez C.S. | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 147. - Occidental C.S. | A | Dividend | | | Sold | 06/16/16 | J | A | |
| 148. - Pfizer C.S. | A | Dividend | J | T | | | | | |
| 149. - Proctor & Gamble C.S. | A | Dividend | J | T | | | | | |
| 150. - Time Warner Inc. C.S. | A | Dividend | | | Sold | 01/07/16 | J | A | |
| 151. - Wells Fargo & Co. C.S. | A | Dividend | J | T | | | | | |
| 152. - Whiting Petroleum C.S. | | None | J | T | | | | | |
| 153. - Dodge & Cox Intl. Stock M.F. | A | Dividend | | | Sold | 04/13/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 07/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Matthews Pacific Tiger M.F. | A | Dividend | J | T | | | | | |
| 155. - Pimco Commodities Plus M.F. | A | Dividend | | | Sold | 04/19/16 | J | | |
| 156. - Preimcap Odyssey Stock M.F. | A | Dividend | J | T | | | | | |
| 157. - T. Rowe Price Overseas M.F. | A | Dividend | J | T | | | | | |
| 158. - Charles Schwab Money Market (Cash Equivalents) (X) | A | Interest | J | T | | | | | |
| 159. | | | | | | | | | |
| 160. | | | | | | | | | |
| 161. IRA #2 (H) | | | | | | | | | |
| 162. - Allergan C.S. | | None | J | T | Buy | 06/27/16 | K | | |
| 163. - Amgen Inc. C.S. | A | Dividend | J | T | | | | | |
| 164. - Bank of America C.S. | A | Dividend | J | T | | | | | |
| 165. - Barrick Gold Corp. C.S. | A | Dividend | | | Sold | 01/07/16 | J | | |
| 166. - Berkshire Hathaway (B) C.S. | | None | K | T | | | | | |
| 167. - Celgene C.S. | | None | L | T | | | | | |
| 168. - Conoco C.S. | A | Dividend | J | T | | | | | |
| 169. - Exxon C.S. | A | Dividend | J | T | Sold (part) | 06/27/16 | J | A | |
| 170. - Gilead Sciences Inc. C.S. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 07/20/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  - Johnson & Johnson C.S. | A | Dividend | K | T | | | | | |
| 172.  - Merck C.S. | A | Dividend | K | T | | | | | |
| 173.  - Pfizer Inc. C.S. | A | Dividend | K | T | | | | | |
| 174.  - Charles Schwab Money Market (Cash Equivalents) | A | Interest | J | T | | | | | |
| 175. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 07/20/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Explanation 1: The Note and Mortgage listed in Section VI. of my Financial Disclosure Report, dated August 4, 2016, is no longer being reported because the Note has been paid in full. I now have no liabilities.

Explanation 2: My previous Financial Disclosure Reports have listed assets held in Trust # 1, Trust # 2, and Trust # 3. Beginning in calendar year 2014, filers are only required to report in Part VII assets held in trust if:

* the filer, the spouse, or dependent child: receives income, or
* has a beneficial interest in principal or income from the trust or estate.

Pursuant to the above-quoted language from the Filing Instructions for Judicial Officers and Employees, the assets held in Trust # 1, Trust # 2, and Trust # 3 are no longer required to be reported. Accordingly, those assets are not being disclosed in this Financial Disclosure Report, and will not be disclosed in any future Financial Disclosure Reports.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ J. Thomas Ray**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544